UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH HOLBROOK AND THEDA HOLBROOK, individually and the marital community comprised thereof,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois company,<br><br>    Defendant. | No. 2:15-cv-00197-SAB<br><br>**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** |

Before the Court is the parties' joint Stipulation and Order of Dismissal with Prejudice, ECF No. 34. Plaintiffs (Theda Holbrook through counsel and Keith Holbrook pro se) attest that they have settled all claims with Defendant Country Mutual Insurance Company, and that the case should be dismissed with prejudice.

//
//
//
//
//
//
//
//

**ORDER ENTERING STIPULATION AND DISMISSING . . . ^ 1**

Accordingly, **IT IS ORDERED:**

1. The parties' joint Stipulation and Order of Dismissal with Prejudice, ECF No. 34, is accepted and **ENTERED** into the record.

2. All pending deadlines and trial dates are **STRUCK**. The stay in this case is **DISSOLVED**.

2. All claims and counter-claims are **DISMISSED WITH PREJUDICE**. There is no award of attorneys' fees or costs to any party.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and to pro se Plaintiff, and **CLOSE THE FILE**.

**DATED** this 2nd day of December, 2016.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION AND DISMISSING . . . ^ 2**